IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 15–cv–002322–CMA–KMT

KRISTIN HOPKINS,

    Plaintiff,

v.

GENERAL MOTORS, L.L.C.,

    Defendant.

## ORDER

This matter is before the court on Plaintiff's "Motion to Enter ESI Protocol as Order of the Court and Motion for Expedited Briefing." (Doc. No. 47 ["Mot."], filed April 6, 2016.) In support of the Motion, Plaintiff submitted what appears to be a fully executed, stipulated agreement between the parties setting forth the ESI protocol to be employed by both sides during litigation of the present case. (Doc. No. 47-3 ("ESI Protocol").) The court applauds the efforts of counsel and litigants in reaching such an agreement relatively early in the litigation.

By the current Motion, Plaintiff requests the court enter the ESI Protocol as an Order of the court. (Mot. at 1-2.) Defendant opposes this request because it is not "consistent with local rules on ESI, which specifically discourage involving the court in these issues." (Mot. at 1.) The court is not aware of an inconsistency created by Plaintiff's request as the court frequently enters similar stipulated agreements. However, absent a consensus between the parties regarding entering the same as a court order, the court declines to do so.

Accordingly, it is

**ORDERED** that Plaintiff's "Motion to Enter ESI Protocol as Order of the Court and Motion for Expedited Briefing Schedule" (Doc. No. 47) is **DENIED**.

Dated this 11th day of April, 2016.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge